UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2010
JULY 12, 2011 SESSION



FILED

JUL 1 2 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:11-CR-00165
29 U.S.C. § 501(c)

DERRICK GEORGE

**I N D I C T M E N T**

The Grand Jury Charges:

1. At all relevant times, defendant DERRICK GEORGE was an officer of Maintenance of Way Employees, International Brotherhood of Teamsters, Sub-Lodge, Subordinate 76, (the "Union") and held the position of Secretary-Treasurer.

2. At all relevant times, as part of his duties as Secretary-Treasurer, defendant DERRICK GEORGE was the chief financial officer of the Union and was responsible for preparing and signing all Union checks.

3. At all relevant times, the Union was a labor organization engaged in an industry affecting commerce within the meaning of 29 U.S.C. § 402 (i) and (j).

4. From in or about January, 2009, through in or about November 30, 2009, at or near Eleanor, Putnam County, West Virginia, and within the Southern District of West Virginia and

elsewhere, defendant DERRICK GEORGE did knowingly embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $19,287.42 of the moneys, funds, securities, property, and other assets of a labor organization of which he was an officer, that is, the Union.

In violation of Title 29, United States Code, Section 501(c).

R. BOOTH GOODWIN II
United States Attorney

By: *[signature]*
MEREDITH R. GEORGE
Assistant United States Attorney